UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALEX JAQUES, 32968-510,

          Petitioner,

v.

ERIC RARDIN WARDEN, ET AL,

          Respondent(s).
_____/

Case No. 25-12385

Judge Brandy R. McMillion

Magistrate Judge David R. Grand

### ORDER GRANTING PETITION TO PROCEED IN FORMA PAUPERIS

The Court has reviewed the petition to proceed in forma pauperis, the affidavit in support, and the financial status communication;

**IT IS ORDERED** that the petition to proceed in forma pauperis is **GRANTED**.

Date: August 11, 2025

s/David R. Grand
David R. Grand
United States Magistrate Judge

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date: August 11, 2025

s/LGranger
Deputy Clerk