UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALEX JAQUES, 32968-510,

        Petitioner,          Case No. 25-12385

v.          Judge Brandy R. McMillion

ERIC RARDIN WARDEN, ET AL ,          Magistrate Judge David R. Grand

        Respondent(s).
_____/

### ORDER AMENDING CAPTION

The Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. The proper Respondent for a habeas petition filed pursuant to 28 U.S.C. § 2254 is the state officer having custody of the Petitioner. *See* Rule 2, Rules Governing Section 2254 Cases. Petitioner is incarcerated at:

    FCI Milan
    Federal Correction Institution
    P.O. Box 1000
    Milan, MI 48160
    WASHTENAW COUNTY

The Warden of that facility is Eric Rardin.

Accordingly, the Court hereby **ORDERS** the case caption be amended to read as follows: "ALEX JAQUES v. Eric Rardin."

Date: August 11, 2025          s/David R. Grand
                                               David R. Grand
                                               United States Magistrate Judge

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date: August 11, 2025          s/LGranger
                                               Deputy Clerk