UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEX JAQUES,

    Petitioner,   Case No. 2:25-CV-12385

v.   HON. BRANDY R. MCMILLION

ERIC RARDIN,

    Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, and in accordance with the Opinion and Order Summarily Dismissing Case Without Prejudice, entered on August 13, 2025:

This case is **DISMISSED WITHOUT PREJUDICE**.

                KINIKIA ESSIX
                CLERK OF THE COURT

                By: s/L. Hosking
                    Deputy Clerk

s/Brandy R. McMillion
HON. BRANDY R. MCMILLION
United States District Judge
Dated:  August 13, 2025
Detroit, Michigan