**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

F I L E D
AUG 29 2025
CLERK'S OFFICE
DETROIT

ALEX JAQUES,

    Petitioner,

Case No. 2:25-CV-12385

v.

HON. BRANDY R. MCMILLION

ERIC RARDIN,

    Respondent.

_____/

**OPINION AND ORDER SUMMARILY DISMISSING THE PETITION FOR
A WRIT OF HABEAS CORPUS BROUGHT PURSUANT TO 28 U.S.C. §
2241 AND GRANTING LEAVE TO APPEAL IN FORMA PAUPERIS**

STATES DISTRICT COURT
ASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
LEVIN UNITED STATES COURTHOUSE
ST LAFAYETTE BLVD.-ROOM 564
TROIT, MICHIGAN 48226

OFFICIAL BUSINESS

METROPLEX MI 480
14 AUG 2025PM 15 L
000.74⁰

Elkton

RECEIVED
AUG 29 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

**Return to Sender**
COLORED ENVELOPES, ADDRESS LABELS,
STICKERS, MARKER, PERFUME SCENT,
CRAYON, LIPSTICK ARE NOT AUTHORIZED
BY MAIL POLICY

Return to Sender
Cannot Identify / NO
Not Institution
Unauthorized
No Package Authorization

NIXIE   482   CE 1   2208/25/25
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 48226271839    *2390-03885-14-41

threat he made on his YouTube channel to threaten to engage in a school shooting.

*Id.*

1