IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ALEX JAQUES,

    Petitioner,

v.

ERIC RARDIN, ET AL,

    Respondents,

CASE NO.: 2:25-cv-12385-BRM-DRG
HONORABLE BRANDY R. MCMILLION

MOTION TO WITHDRAW DUE TO MOOTNESS

FILED SEP 16 2025 CLERK'S OFFICE DETROIT

NOW COMES, PETITIONER, PRO SE, seeking to move this Honorable Court to withdraw the pro se §2241 action filed against Eric Rardin for mootness. Petitioner, in his original complaint, sought to challenge the conditions of his confinement while at FCI Milan.

Plaintiff has been moved to a different institution and is now able to pursue the relief he seeks through the institutions administrative remedy process, now that plaintiff/petitioner cannot be suppressed by the respondents.

Plaintiff/petitioner initiated the action in good faith and asks that any cost or inconvenience incurred by this honorable court due to the commencement of petitioners complaint be forwarded to the petitioners trust fund account to be paid in installments.

Respectfully Submitted,

/s/ Alex Jaques       Sept. 8, 2025

Alex Jaques
32968-510
FCI Elkton
P.O. Box 10
Lisbon, OH 44432

Alex Jeanjussi Reg. No.: 32463-510
FCI Elkton
P.O. Box 10
Lisbon, OH 44432



RECEIVED
SEP 16 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

CLEVELAND OH 440
11 SEP 2025 PM 6 L

United States District Court
Office of the Clerk
231 Lafayette Boulevard
Detroit, MI 48226

48226-279526